IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, | No. C -11-05293(EDL) |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SIZZLER, | |
| Defendant. | |

This case claiming violations of the Americans With Disabilities Act by numerous defendants was filed on October 31, 2011. A first amended complaint was filed on March 27, 2012 and a second amended complaint was filed on July 27, 2012. Some but not all of the defendants have consented to this Court's jurisdiction and been served with, and answered, the second amended complaint. No default has been taken against the non-answering defendants, and it does not appear that the parties have complied with the scheduling order governing this case (Dkt. #2). The Court hereby orders the parties to appear as a case management conference on October 30, 2012 at 1:30 p.m. A joint case management statement describing the status of this case, as well as what ADR efforts the parties have undertaken or plan to undertake, shall be filed no later than October 23, 2012.

IT IS SO ORDERED.

Dated: October 10, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge