1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   **THOMAS E. FRANKOVICH**,
2  *A Professional Law Corporation*
   4328 Redw2ood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   DAREN HEATHERLY; and IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, | **CASE NO. CV-11-5293-EDL** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 30, 2012** |
| v. | |
| SIZZLER #0384; ORLANDO ANTONINI; TOWNVIEW, a General Partnership; ANTONINI FAMILY PARTNERSHIP; ORLANDO J. ANTONINI; MADELINE F. MAJOR; JOHN R. ANTONINI; U & S CORPORATION, a California Corporation; SHAZIA KAHN, an individual; and SHARIF UMAIR, an individual, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to continue the Case Management Conference set for October 30, 2012 at 10:00 a.m.

1. **Whereas**, plaintiffs were having difficulties with service for landlord/defendants. However, after finally obtaining the correct landlord/defendants, amending the complaint and several attempts to try and serve landlord/defendants, all defendants have been served with the summons and complaint and have answered plaintiffs' complaint in the above-captioned action; and

///

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 30, 2012
CV-12-5293-EDL                                                                                                                                1

2. **Whereas**, due to these circumstances and a conflict in calendar, the parties have not conducted the Order 56 Joint Site Inspection; and

3. **Whereas**, the parties have coordinated a date and are currently scheduled to have the General Order 56 Joint Site Inspection at the Sizzler #0384 Restaurant located at/near 1440 Townview Lane, Santa Rosa, California on  on November 12, 2012; and

4. **Whereas**, within ten (10) days from the inspection plaintiffs will make a global demand; and

5. **In light of the above**, the parties wish to preserve the court's resources by avoiding an unproductive Case Management Conference and by deferring the Case Management Conference will allow the parties sufficient time to have the joint site inspection and/or try and resolve the above-action at the mediation.  Therefore, the parties respectfully request that the Case Management Conference set for October 30, 2012, at 10:00 a.m. with the exception of December 24, 2012, be continued up to and including January 4, 2013 and/or a date that is convenient to the court.

**IT'S SO STIPULATED.**

Respectfully submitted,

Dated: October 23, 2012          THOMAS E. FRANKOVICH,

*A PROFESSIONAL LAW CORPORATION*

By*:* ___/s/Thomas E. Frankovich_____

Thomas E. Frankovich

Attorney for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ

///
///
///
///

| | |
|---|---|
| Dated: October 23, 2012 | Donald L. Cox, Esq., |
| | **LAW OFFICES OF DONALD L. COX** |
| | |
| | By:  /s/Donald L. Cox  |
| | Donald L. Cox, Esq. |
| | Attorney for Defendant U & S CORPORATION, a California Corporation; SHAZIA KAHN, an individual; and SHARIF UMAIR, an individual |
| | |
| Dated: October 23, 2012 | JEFFER, MANGELS, BUTLER & MITCHELL LLP |
| | |
| | By:  /s/Martin H. Orlick  |
| | Martin H. Orlick, Esq. |
| | Attorney for Defendants ORLANDO ANTONINI; TOWNVIEW, a General Partnership; ANTONINI FAMILY PARTNERSHIP; ORLANDO J. ANTONINI; MADELINE F. MAJOR; JOHN R. ANTONINI |

### ORDER

**IT IS SO ORDERED** that the Case Management Conference set for Tuesday, October 30, 2012 at 10:00 a.m., is ~~vacated and~~/~~or~~ continued to   January 8  , 2012, at    10:00    a.m./ ~~p.m.~~ The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated:  October 25 , 2012        /s/ Elizabeth D. Laporte
Honorable Elizabeth D. Laporte
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RESETTING CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 30, 2012
CV-12-5293-EDL                                                                                                   3