UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DARREN HEATHERLY, et al.,<br>　　　Plaintiffs,<br>　　v.<br>SIZZLER NO. 0384, et al.,<br>　　　Defendants.　　　　　　　／ | No. C 11-5293 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　June 6, 2013<br>Mediator:　Howard Herman |

　　　IT IS HEREBY ORDERED that the request to allow defendants Madeleine F. Major and John R. Antonini to appear telephonically in the June 6, 2013, mediation session before Howard Herman is GRANTED. Ms. Major and Mr. Antonini will be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

June 4, 2013　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge