UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DARREN HEATHERLY, et al.,<br>    Plaintiffs, | No. C 11-5293 EDL |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| SIZZLER NO. 0384, et al.,<br>    Defendants. | Date:     June 6, 2013<br>Mediator:  Howard Herman |

IT IS HEREBY ORDERED that the request to allow defendants Madeleine F. Major and John R. Antonini to appear telephonically in the June 6, 2013, mediation session before Howard Herman is GRANTED. Ms. Major and Mr. Antonini will be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 4, 2013            By: _____
Dated                          Maria-Elena James
                               United States Magistrate Judge