1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney for Plaintiffs IRMA RAMIREZ
6  and DAREN HEATHERLY ,

7

8                    UNITED STATES DISTRICT COURT
9                    DISTRICT OF CALIFORNIA
10

11 IRMA RAMIREZ and DAREN          )   **CASE NO.CV-11-5293-EDL**
   HEATHERLY,                      )
12                                 )
                                   )   **STIPULATION OF DISMISSAL AND**
13         Plaintiffs,             )   **[PROPOSED] ORDER THEREON**
                                   )
14 v.                              )
                                   )
15 SIZZLER #0384; ORLANDO ANTONINI;)
   TOWNVIEW, a General Partnership;)
16 ANTONINI FAMILY PARTNERSHIP;    )
   ORLANDO J. ANTONINI; MADELINE   )
17 F. MAJOR; JOHN R. ANTONINI; U & S)
   CORPORATION, a California Corporation;)
18 SHAZIA KAHN, an individual; and )
   SHARIF UMAIR, an individual     )
19                                 )
           Defendants.             )
20 _____)

21

22         The parties, by and through their respective counsel, stipulate to dismissal of this action in

23 its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

24 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

25 costs and attorneys' fees. The parties further consent to and request that the Court retain

26 jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.

27 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

28 agreements).

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2  their designated counsel that the above-captioned action become and hereby is dismissed with

3  prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).  This stipulation may be

4  executed in counterparts, all of which together shall constitute one original document.

5

6  Dated: December 19, 2013           THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

7

8                              By:_____*/s/ Thomas E. Frankovich*_____

9                              Attorney for IRMA RAMIREZ and DAREN
                              HEATHERLY

10

11

12  Dated: December ___, 2013        **LAW OFFICES OF DONALD L. COX**

13

14                              By:_____

15                                  Donald L. Cox, Esq.
                              Attorney for Defendants U & S CORPORATION;

16                              SHAZIA KAHN, an individual; and SHARIF

17                              UMAIR, an individual

18

19

20

21  Dated: _____, 2013       **JEFFER MANGELS BUTLER & MITCHELL**

22                              **LLP**

23

24                              By:_____

25                                  Martin H. Orlick, Esq.
                              Attorney for Defendants TOWNVIEW, a General

26                              Partnership; ANTONINI FAMILY PARTNERSHIP;
                              ORLANDO J. ANTONINI; MADELINE F.

27                              MAJOR; and JOHN R. ANTONINI

28

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 19, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____

Attorney for IRMA RAMIREZ and DAREN HEATHERLY

Dated: December 20, 2013

**LAW OFFICES OF DONALD L. COX**

By: _____
Donald L. Cox, Esq.
Attorney for Defendants U & S CORPORATION;
SHAZIA KAHN, an individual; and SHARIF
UMAIR, an individual

Dated: _____, 2013

**JEFFER MANGELS BUTLER & MITCHELL LLP**

By: _____
Martin H. Orlick, Esq.
Attorney for Defendants TOWNVIEW, a General
Partnership; ANTONINI FAMILY PARTNERSHIP;
ORLANDO J. ANTONINI; MADELINE F.
MAJOR; and JOHN R. ANTONINI

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2  their designated counsel that the above-captioned action become and hereby is dismissed with

3  prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).  This stipulation may be

4  executed in counterparts, all of which together shall constitute one original document.

5

6  Dated: December 19, 2013          THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*
7

8                                    By:_____

9                                    Attorney for IRMA RAMIREZ and DAREN
                                     HEATHERLY
10

11

12
   Dated: December ___, 2013         **LAW OFFICES OF DONALD L. COX**
13

14
                                     By:_____
15                                          Donald L. Cox, Esq.
                                     Attorney for Defendants U & S CORPORATION;
16                                   SHAZIA KAHN, an individual; and SHARIF
                                     UMAIR, an individual
17

18

19

20

21 Dated: 12/14 , 2013               **JEFFER MANGELS BUTLER & MITCHELL**
22                                   **LLP**

23

24                                   By:_____
25                                          Martin H. Orlick, Esq.
                                     Attorney for Defendants TOWNVIEW, a General
26                                   Partnership; ANTONINI FAMILY PARTNERSHIP;
                                     ORLANDO J. ANTONINI; MADELINE F.
27                                   MAJOR; and JOHN R. ANTONINI

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO.          **CASE NO.CV-11-5293-EDL**
                                                                                 -2-

1

**ORDER**

2        IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

3 Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

4 purpose of enforcing the parties' Settlement Agreement and General Release should such

5 enforcement be necessary

6

7

8 Dated: January 10, 2014

9

10         Honorable Magistrate Elizabeth D. Laporte
        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28